UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JULIA LLEWELLYN TONEY

VERSUS

KNAUF GIPS KG, ET AL.

CIVIL ACTION

NO. 12-638-JJB-SCR

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 25, 2012 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Complaint, as amended, is DISMISSED for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, November 26, 2012.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA